AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| RÉMY COINTREAU USA, INC | ) | **13 CV 2558** |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| LAMINA PACKAGING INNOVATIONS, INC. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        LAMINA PACKAGING INNOVATIONS, INC.
        3301 W. MARSHALL AVENUE
        LONG VIEW, TEXAS 75604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        ALBERT L. JACOBS, JR.
        TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
        900 THIRD AVENUE-13TH FLOOR
        NEW YORK, NEW YORK 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: APR 1 7 2013

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RÉMY COINTREAU USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAMINA PACKAGING INNOVATIONS, LLC,<br><br>Defendant. | Case No. 1:13-cv-02558-UA<br><br>**AFFIDAVIT OF SERVICE BY U.S. CERTIFIED MAIL RETURN RECEIPT REQUESTED** |

STATE OF TEXAS        )
                      ) ss.:
BOWIE COUNTY          )

Misti McLelland, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age, and reside in Texarkana, Texas.

On April 19, 2013, I served via U.S. certified mail return receipt requested true and correct copies of the SUMMONS dated 4/17/13; COMPLAINT FOR DECLARATORY JUDGMENT dated 4/17/13; CIVIL COVER SHEET dated 4/17/13; PLAINTIFF'S RULE 7.1 STATEMENT dated 4/17/13 and INDIVIDUAL PRACTICES AND PROCEDURES JUDGE COLLEEN McMAHON; by depositing the true and correct copy thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of Texas, addressed to –

> Michael W. Connelly, CEO/President,
> Lamina Packaging Innovations LLC
> 3301 W. Marshal Ave., Suite 303
> Longview, Texas 75604

> Todd Y. Brandt, Esq.
> Stevens Love
> 5020 Montrose Boulvevard Suite 800
> Houston, Texas 77006
> *Counsel for Defendant Lamina Packaging Innovations,*

[979420-1]

Dated: Texarkana, Texas
April 19, 2013

_____
Misti McLelland
Legal Assistant to Damon Young
LAW OFFICES OF DAMON YOUNG
4122 Texas Blvd.
Texarkana, Texas 75503
903-794-1303 – Telephone
903-792-5098 – Facsimile

Sworn to before me this
19 TH day of April, 2013



_____
Notary Public

[979420-1]