UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RÉMY COINTREAU USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAMINA PACKAGING INNOVATIONS, LLC, <br><br> Defendant. | Case No. 1:13-cv-02558-UA <br><br> **AFFIDAVIT OF SERVICE BY U.S. CERTIFIED MAIL RETURN RECEIPT REQUESTED** |

STATE OF TEXAS    )
                  ) ss.:
BOWIE COUNTY      )

Misti McLelland, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age, and reside in Texarkana, Texas.

On April 19, 2013, I served via U.S. certified mail return receipt requested true and correct copies of the **MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659 dated 4/19/13; DECLARATION OF JOHN MURRAY IN SUPPORT OF PLAINTIFF'S MOTION TO STAY UNDER 28 U.S.C. §1659(a) dated 4/19/13 with EXHIBITS A-D;** by depositing the true and correct copy thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of Texas, addressed to –

>Michael W. Connelly, CEO/President,
>Lamina Packaging Innovations LLC
>3301 W. Marshal Ave., Suite 303
>Longview, Texas 75604


>Todd Y. Brandt, Esq.
>Stevens Love
>5020 Montrose Boulevard Suite 800
>Houston, Texas 77006
>*Counsel for Defendant Lamina Packaging Innovations,*

[979583-1]

Dated: Texarkana, Texas
April 19, 2013

_____
Misti McLelland
Legal Assistant to Damon Young
LAW OFFICES OF DAMON YOUNG
4122 Texas Blvd.
Texarkana, Texas 75503
903-794-1303 – Telephone
903-792-5098 – Facsimile

Sworn to before me this
19TH day of April, 2013

_____
Notary Public

[979420-1]