UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

REMY COINTREAU USA, INC.

                Docket Number: 13 CV 2558 (CM)

     -against-               NOTICE OF ASSIGNMENT

LAMINA PACKAGING INNOVATIONS, INC.
------------------------------------------------------

The above-entitled action is:

[] Declined by Hon. ()
    As  []  Related/ [   ] Similar to case #:

[] Reassigned to the Hon. ()
    [] Designated / [] Redesignated Hon. ()
,Magistrate Judge

[X] Accepted by Hon. COLLEEN MCMAHON  (CM) as [X] Related/ [] Similar
                    to case # 12-CV-5039
    [X]  Designated   [ ]  Redesignated Hon. RONALD L. ELLIS (RLE) ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                              Ruby J. Krajick
                                              Clerk of Court

Dated: 4/23/2013                                    By: SHANTE JONES
                                                         Deputy Clerk