AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| REMY COINTREAU USA, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-CV-2558-CM |
| LAMINA PACKAGING INNOVATIONS, LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Lamina Packaging Innovations, LLC                                                                                         .

Date:     05/03/2013                                                             /s/ Lauren Fornarotto
                                                                                                  *Attorney's signature*

                                                                            Lauren Fornarotto, New York State Bar No. 4804340
                                                                                          *Printed name and bar number*

                                                                                              MCKOOL SMITH, PC
                                                                                           One Bryant Park, 47th Floor
                                                                                               New York, NY 10036
                                                                                                      *Address*

                                                                                       lfornarotto@mckoolsmith.com
                                                                                                 *E-mail address*

                                                                                                 (212) 402-9400
                                                                                               *Telephone number*

                                                                                                 (212) 402-9444
                                                                                                   *FAX number*