# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REMY COINTREAU USA, INC.,  Plaintiff,  -v-  LAMINA PACKAGING INNOVATIONS, LLC,  Defendant. | Case No. 13-CV-2558-CM  **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Lamina Packaging Innovations, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

-NONE-

**Date:** May 3, 2013

Lauren Fornarotto
**Signature of Attorney**

**Attorney Bar Code:** LF0809