UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REMY COINTREAU USA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LAMINA PACKAGING INNOVATIONS, LLC,<br><br>    Defendant. | Civil Action No. 13-cv-2558-CM<br><br>**MEMO ENDORSED** |

### DEFENDANT LAMINA PACKAGING INNOVATIONS, LLC's
### NOTICE OF NON-OPPOSITION TO PLAINTIFF REMY COINTREAU USA, INC.'S
### MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659

On April 22, 2013 Plaintiff Remy Cointreau USA, Inc. ("Remy") filed a Motion to Stay Pursuant to 28 U.S.C. § 1659. Dkt. No. 4. On April 26, 2013 the Court ordered Defendant Lamina Packaging Innovations, LLC ("Lamina") to respond to Remy's Motion by May 3, 2013. Dkt.. No. 10. The present Notice is filed pursuant to the Court's April 26, 2013 Order to indicate that Lamina is not opposed to the stay requested by Remy.

5/8/2013

Motion granted.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/13

Dated: May 3, 2013                       Respectfully submitted:

Of Counsel:                              /s/ *Lauren Fornarotto*
John F. Garvish, II                      Lauren Fornarotto
Texas State Bar No. 24043681             New York State Bar No. 4804340
jgarvish@mckoolsmith.com                 lfornarotto@mckoolsmith.com
MCKOOL SMITH, P.C.                       MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700        One Bryant Park, 47th Floor
Austin, Texas 78701                      New York, NY 10036
Telephone: (512) 692-8700                Telephone: (212) 402-9400
Facsimile: (512) 692-8744                Facsimile: (212) 402-9444

*Attorneys for Defendant Lamina Packaging Innovations, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing documents have been served on May 3, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Civil Rule 5.2.

/s/ *Lauren Fornarotto*
Lauren Fornarotto